IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANNY GLENN VANEK,** | CIV S-05-1576 LKK DAD P |
| Petitioner, | **ORDER ENLARGING TIME** |
| v. | |
| **ROSEANNE CAMPBELL, et al.,** | |
| Respondents. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondents' September 14, 2005 application for a thirty-day enlargement of time to and including October 17, 2005, to file an answer to petition for writ of habeas corpus is hereby GRANTED.

DATED: September 14, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/vane1576.eot